**No. 10-7655. Charles E. Johnson, Jr., Petitioner v. United States.**

562 U.S. 1157, 131 S. Ct. 956, 178 L. Ed. 2d 788, 2011 U.S. LEXIS 461.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 387 Fed. Appx. 402.